OPINION — AG — ** SCHOOL BOARD — INTERESTED PARTIES MARKING CONTRACTS ** A CONTRACT MADE BY A SCHOOL BOARD WITH A GASOLINE RETAILER WHO IS UNDER CONTRACT TO PURCHASE GASOLINE FROM A WHOLESALER WHO SERVES ON THE SCHOOL BOARD IS VOID. (CONFLICT OF INTEREST, CONTRACT WITH SCHOOL BOARD MEMBER) CITE: 70 O.S. 50124 [70-50124], 62 O.S. 371 [62-371], OPINION NO. 69-263, OPINION NO. 72-180 (ROBERT H. MITCHELL) ** SEE OPINION NO. 87-533 (1987) **